

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-76,486

### EX PARTE HENRY CHARLES MANN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2001-436,193 IN THE 140th DISTRICT COURT
### FROM LUBBOCK COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the

clerk of the trial court transmitted to this Court this application for writ of habeas corpus.[1] *Ex parte*

*Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of unlawful restraint

and sentenced to forty years' imprisonment. The Seventh Court of Appeals affirmed his conviction.

*Mann v. State*, No. 07-01-0231-CR (Tex. App.–Amarillo, delivered August 5, 2002, no pet.).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel

---

[1] This application was filed with the district clerk on July 30, 2004. However, it was not received by this Court until January 7, 2011. The habeas record does not reflect the reason for this delay.

failed to timely notify Applicant that his conviction had been affirmed.

The trial court has entered findings of fact and conclusions of law that, while appellate counsel attempted to timely notify Applicant that his conviction had been affirmed, prison mail room records reflect that no notice was ever received. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Seventh Court of Appeals in Cause No. 07-01-0231-CR that affirmed his conviction in Case No. 2001-436,193 from the 140th Judicial District Court of Lubbock County. Applicant shall file his petition for discretionary review with the Seventh Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: February 2, 2011
Do not publish